# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Roderic J. Shierding,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 4:21-cv-01291 UNA** |
| vs. ) | |
| ) | |
| **Builder's Bloc Contracting Services, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On October 28, 201, due to electronic case opening, the above numbered case was inadvertently opened in error.   Therefore, this case will be administratively closed.

Case No. 4:21-cv-01291 UNA is hereby administratively closed.

Dated this 29th day of October, 2021.

GREGORY J. LINHARES,
CLERK OF COURT

By: /s/Jason W. Dockery
    Case Initiation Team Leader